IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 20-0405, DA 20-0406

IN THE MATTERS OF

A.J. and J.J.,

   Youths in Need of Care

**ORDER**

   Upon consideration of Appellant Mother, H.C.J.'s, motion to consolidate, and good cause appearing therefore, Appellant's motion is GRANTED and Cause Nos. 20-0405 and 20-0406 are hereby consolidated under Cause No. DA 20-0405 and henceforth captioned In the Matters of A.J. and J.J., Youths in Need of Care.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 28 2020

ORDER